UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-2926-GAF (SHx) | Date | May 23, 2014 |
| Title | Marlette Rankin v. Los Angeles Auto Wholesaler and Recovery Service, Inc., et al. | | |

| Present: The Honorable | GARY ALLEN FEESS | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    **(In Chambers)**

### ORDER RE: OBJECTIONS TO EXHIBITS

The following sets forth the Court's ruling on the objections made to documents identified on the joint exhibit list in this case.

Exhibits 1-5: Veterinary Bills.  Relevance objection is **SUSTAINED.**

Exhibits 6–7, 11: Rankin's medical records.  Ruling **DEFERRED** pending outcome of liability phase of the trial.

| Exhibit | Objection | Ruling |
|---|---|---|
| 8; Carrera application | Relevance | OVERRULED |
| 9; Carrera certification | Relevance | OVERRULED |
| 10; Repossessor's Manual | Relevance | SUSTAINED |
| 12; LAPD Incident Log | Relevance | OVERRULED |
| 13; Sgt. Rogers Daily Report | Relevance | OVERRULED |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-2926-GAF (SHx) | Date | May 23, 2014 |
|---|---|---|---|
| Title | Marlette Rankin v. Los Angeles Auto Wholesaler and Recovery Service, Inc., et al. | | |

| 14; Sgt. Martin Daily Report | Relevance | OVERRULED |
|---|---|---|
| 15; Investigative Report | Relevance | SUSTAINED |
| 16; Howard's Response to Interrogatories | Relevance | SUSTAINED; Interrogatory answers may be used to refresh recollection if necessary and to impeach in under appropriate circumstances. |
| 17; Howard's Response to Requests for Admission | Relevance | SUSTAINED |
| 18; LAW Interrogatory Responses | Relevance | SUSTAINED |
| 19; LAW Response to Request for Production | Relevance | SUSTAINED |
| 20A-D; Photographs of location | Relevance | OVERRULED subject to proper foundation being laid. |
| 21 A-H; Photographs of location | Relevance | SUSTAINED. Some of the photographs do not depict anything pertinent and others are cumulative of 20A-D. |
| 22; LAW Further Response to Interrogatories | Relevance | SUSTAINED |
| 23; LAW Further Response to Request for Production of Documents | Relevance | SUSTAINED |
| 24; CD of 911 Calls | Relevance | Subject to proper authentication, the objection is OVERRULED. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2926-GAF (SHx) | Date | May 23, 2014 |
|---|---|---|---|
| Title | Marlette Rankin v. Los Angeles Auto Wholesaler and Recovery Service, Inc., et al. | | |

| | | |
|---|---|---|
| 25; Notice of intent to sell the vehicle post-repossession | Hearsay | SUSTAINED both as to hearsay and relevance. This is not an action against the lender for improper sale of the collateral. |
| 26; Repossession Assignment | Relevance | SUSTAINED. The relevance is not clear. The document bears a date of 1/13/14, which is long past the relevant events. |
| 27; Order to Repossess | Relevance | OVERRULED |
| 28; Plaintiff's Response to LAW's Request for Production of Documents | Relevance | SUSTAINED |
| 29; Plaintiff's Response to City of Los Angeles Interrogatories | Relevance | SUSTAINED |
| 30; Plaintiff's Response to LAW's First Set of Interrogatories | Relevance | SUSTAINED |
| 31; Plaintiff's Response to LAW's First Set of Demand for Documents | Relevance | SUSTAINED |
| 32; Santander Statement of Amount Past Due as of 8/15/11 | Relevance | OVERRULED |
| 33; Santander Statement of Amount Past Due as of 9/19/11 | Relevance | OVERRULED |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2926-GAF (SHx) | Date | May 23, 2014 |
|---|---|---|---|
| Title | Marlette Rankin v. Los Angeles Auto Wholesaler and Recovery Service, Inc., et al. | | |

| 34; Santander Statement of Amount Past Dues as of 10/17/11 | Relevance | OVERRULED |
|---|---|---|
| 35; Carrera Certification | Relevance | OVERRULED |

**IT IS SO ORDERED.**