JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLETTE RANKIN, )<br>)<br>     Plaintiff(s), )<br>     v. )<br>)<br>LOS ANGELES AUTO WHOLESALER )<br>AND RECOVERY SERVICE, INC, et )<br>al., )<br>)<br>     Defendant(s) )<br>_____) | CASE NO. CV13-2926-AHM (SHx)<br><br>ORDER DISMISSING CIVIL ACTION<br>BY VIRTUE OF SETTLEMENT |

The Court having been advised by Magistrate Judge Stephen J. Hillman that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 15 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: May 23, 2014

_____
Gary Allen Feess
United States District Court Judge

JS - 6